ERIC A. LIEPINS
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
(972) 991-5591
(972) 991-5788 - telecopier

PROPOSED ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| WING DINGERS TEXAS,LLC | § | CASE 21-60327 |
| | § | |
| DEBTOR | § | |

NOTICE OF EFFECTIVE DATE

PLEASE TAKE NOTICE that the Effective Date under the confirmed Plan of Reorganization was October 6, 2022.

Respectfully submitted,

ERIC A. LIEPINS, P.C.
12770 Coit Road, Suite 850
Dallas, Texas  75251
(972) 991-5591
(972) 991-5788 - fax


BY: /s/ Eric Liepins
      ERIC A. LIEPINS, SBN 12338110