Eric A. Liepins
ERIC A. LIEPINS, P.C.
12770 Coit Road
Suite 850
Dallas, Texas 75251
Ph. (972) 991-5591
Fax (972) 991-5788
 ATTORNEY FOR DEBTOR

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN  DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE | § | |
| | § | |
| WING DINGERS TEXAS,LLC | § | |
| | § | Case no.21-60327 -11 |
| | § | |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR | § | |

**POST-CONFIRMATION REPORT AND APPLICATION
FOR FINAL DECREE**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN
OBJECTION OR REQUEST FOR HEARING IS FILED WITH THE UNITED STATES
BANKRUPTCY CLERK, 110 NORTH COLLEGE, 9TH FLOOR, TYLER, TEXAS 75702,
WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF THE FILING OF THIS
MOTION, UNLESS THE COURT, SUA SPONTE, OR UPON TIMELY APPLICATION OF
A PARTY IN INTEREST, SHORTENS OR EXTENDS THE TIME FOR FILING SUCH
OBJECTION OR REQUEST FOR HEARING.**

**IF NO OBJECTION OR REQUEST FOR HEARING IS TIMELY FILED, THE
MOTION SHALL BE DEEMED TO BE UNOPPOSED AND THE COURT MAY ENTER
AN ORDER GRANTING THE RELIEF SOUGHT. THE COURT RESERVES THE RIGHT
TO SET ANY MATTER FOR HEARING.**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE JOSHUA SEARCY:


The undersigned submits this Post Confirmation Report and Application for Final Decree,

and certifies that the Plan of Reorganization, as confirmed by the Court, is being fully administered.

The undersigned further certifies:  the transfer of all or substantially all of the property proposed by

the confirmed Plan of Reorganization to be transferred has been transferred; creditors with equity

security interests whose claims have not been disallowed, and to indenture trustees who have filed

claims pursuant to Rule 3003(c)(5) which have been allowed, and distribution of any other deposits

or payments required by the confirmed Plan of Reorganization has occurred; the payment of all sums

payable to the Clerk of Court for noticing and claims processing charges has been paid and; fees to

professionals have been approved and paid.

Respectfully submitted,

**ERIC A. LIEPINS**
**Attorney at Law**
**Suite 850**
**12770 Coit Road**
**Dallas, Texas  75251**
**(972) 991-5591**
**(972) 991-5788 (Fax)**

**By:___/s/ Eric Liepins_____**
**Eric A. Liepins**
**State Bar No. 12338110**

Certificate of Service

I hereby certify that the foregoing document was sent to all creditors on this the 3RD  of April
2023.

___/s/ Eric Liepins _____
Eric Liepins